UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Crim. No. 6:12-cr-00028-GFVT-HAI-5 |
| ) | |
| v. ) | |
| ) | **ORDER** |
| STEPHEN SHANE SLONE, ) | |
| ) | |
| Defendant. ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram. [R. 916.] Defendant Stephen Slone is charged with one violation of his term of supervised release. In 2015, the Court sentenced Mr. Slone to 53 months of imprisonment, followed by six years of supervised release, after he pled guilty to one count of conspiracy to distribute oxycodone in violation of 21 U.S.C. § 846. [R. 678.] He was released to supervision on October 23, 2017. [R. 916 at 1.]

Mr. Slone has now violated the conditions of his supervised release three times. In October 2020, he tested positive for methamphetamine but the Court accepted the Probation Office's recommendation to take no action. [R. 886.] In April 2023, he used methamphetamine and hydrocodone but the Court again followed the USPO's request not to take action. [R. 910.] In the alternative, Mr. Slone was permitted to attend substance abuse rehabilitation. [R. 916 at 1-2.] Mr. Slone absconded from that program on the day he reported. *Id.* The USPO then charged him with a violation of his requirement that he participate in a substance abuse treatment program. *Id.* This is a Grade C violations. *Id.*

On May 22, 2023, Mr. Slone appeared before Judge Ingram for his initial appearance pursuant to Federal Rule of Criminal Procedure 32.1. [R. 914.] The United States moved for detention, which Mr. Slone did not dispute. *Id.* Judge Ingram remanded Mr. Slone to custody based on the heavy defense burden under 18 U.S.C. § 3143(a). *Id.* On May 25, 2023, Mr. Slone appeared before Judge Ingram for his final hearing. [R. 915.] Mr. Slone stipulated to the violation and Judge Ingram found that he did so "competently, knowingly, voluntarily, and intelligently." *Id.* The Government argued for eight months' imprisonment, while Mr. Slone sought "considerably less." [R. 916 at 3.]

Judge Ingram evaluated the entire record and considered all of the Section 3553(a) factors imported into the Section 3583(e) analysis, as well as the Guidelines Range. Ultimately, Judge Ingram recommends revocation with a term of seven months of incarceration, with no supervised release to follow. *Id.* at 6.

Pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the Report and Recommendation advised the parties that objections must be filed within fourteen (14) days of service. *Id.* at 7; *see* 28 U.S.C. § 636(b)(1). Mr. Slone did not file any objections to Judge Ingram's Report and Recommendation and waived his right to allocution. [R. 918.]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). But when no objections are made, as in this case, the Court is not required to "review… a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn,* 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing to a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). Nevertheless, the Court has examined

2

the record and agrees with Judge Ingram's recommended disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation [R. 916] is **ADOPTED** as and for the Opinion of the Court;

2. Mr. Slone is found **GUILTY** of the violation;

3. Mr. Slone's term of supervised release is **REVOKED**;

4. Mr. Slone is **SENTENCED** to a term of imprisonment of seven (7) months with no supervised release to follow; and,

5. Judgment shall enter promptly.

This the 14th day of June, 2023.

Gregory F. Van Tatenhove
United States District Judge